AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 4 2008

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| GREG MINVILLE | ) Case No: 4:92CR00195-001 SWW |
| | ) USM No: 19394-009 |
| Date of Previous Judgment: 01/29/1993 | ) JENNIFFER HORAN |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __See below*__ months **is reduced to** __See below**__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __34__      Amended Offense Level: __32__
Criminal History Category: __IV__   Criminal History Category: __IV__
Previous Guideline Range: __210__ to __262__ months   Amended Guideline Range: __168__ to __210__ months
plus 60 months consecutive                            plus 60 months consecutive

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*Previous sentence: 210 Months on Count 1; 60 Months on Count 2, consecutive. TOTAL: 270 MONTHS.

**Sentence reduced to: 168 Months on Count 1; 60 Months on Count 2, consecutive. TOTAL: 228 MONTHS.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __01/29/1993__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06/24/2008__                              _____
                                                                          Judge's signature

Effective Date: _____               Susan Webber Wright, United States District Judge
         (if different from order date)                        Printed name and title